CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 0 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RICHARD CREWS, | ) |
|     Petitioner, | ) Civil Action No. 7:07-cv-00333 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| MEMBERS OF THE | ) |
| COMMONWEALTH OF VIRGINIA, | ) |
| et al., | ) By: Hon. James C. Turk |
|     Respondents. | ) Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for a writ of mandamus shall be and hereby is **DISMISSED** without prejudice for lack of jurisdiction and the action is stricken from the active docket of the court.

The Clerk is directed to send a copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 10th day of July, 2006.

/s/ James C. Turk
Senior United States District Judge