CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 0 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD CREWS , | ) | |
|     Petitioner, | ) | Civil Action No. 7:07-cv-00333 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MEMBERS OF THE | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| et al., | ) | By: Hon. James C. Turk |
|     Respondents. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the above referenced petition for a writ of mandamus shall be and hereby is **DISMISSED** without prejudice for lack of jurisdiction and the action is stricken from the active docket of the court.

The Clerk is directed to send a copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This _10th_ day of July, 2006.

Senior United States District Judge